✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    CALIFORNIA

UNITED STATES OF AMERICA,

                Plantiff,

     V.

JUAN ZARAZUA-HERNANDEZ,

                Defendant.

**APPEARANCE**

Case Number:  08MJ1601

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

      JUAN ZARAZUA-HERNANDEZ

    I certify that I am admitted to practice in this court.PRO HAC VICE.

/s/ LINDA LOPEZ

| 5/27/2008 | |
|---|---|
| Date | Signature |

| Linda Lopez/ Federal Defenders of SD | 177301 |
|---|---|
| Print Name | Bar Number |

| 225 Broadway, Suite 900 | |
|---|---|
| Address | |

| San Diego, CA  92101 | | |
|---|---|---|
| City | State | Zip Code |

| (619) 234-8467 | (619) 687-2666 |
|---|---|
| Phone Number | Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

best of her information and belief, and that a copy of the foregoing document has been served

this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: May 27, 2008                                              ____/s/ Linda Lopez_____
                                                                 LINDA LOPEZ
                                                                 Federal Defenders of San Diego, Inc.
                                                                 225 Broadway, Suite 900
                                                                 San Diego, CA 92101-5030
                                                                 (619) 234-8467  (tel)
                                                                 (619) 687-2666  (fax)
                                                                 e-mail: Linda_Lopez@fd.org