AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

|  |  |
|---|---|
|  | /s/ ELIZABETH M. BARROS |
| Date | Signature |
|  | Print Name        Bar Number |
|  | Address |
|  | City     State     Zip Code |
|  | Phone Number        Fax Number |

```
 1  ELIZABETH M. BARROS
    California State Bar No. 227629
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, CA 92101-5008
    (619) 234-8467/Fax: (619) 687-2666
 4  E-Mail: elizabeth_barros@fd.org

 5  Attorneys for Juan Zarazua-Hernandez

 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    (HONORABLE M. JAMES LORENZ)

11  UNITED STATES OF AMERICA,        )  Case No. 08CR1978-L
                                     )
12          Plaintiff,                )
                                     )
13  v.                               )  CERTIFICATE OF SERVICE
                                     )
14  JUAN ZARAZUA-HERNANDEZ,          )
                                     )
15          Defendant.                )
    _____    )
16

17       Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                              James P. Melendres
         James.Melendres@usdoj.gov,leilani.lamontagne@usdoj.gov,efile.dkt.gc1@usdoj.gov
19

20                                          Respectfully submitted,

21

22  DATED:    July 2, 2008             /s/ Elizabeth M. Barros
                                       ELIZABETH M. BARROS
23                                     Federal Defenders of San Diego, Inc.
                                       Attorneys for Juan Zarazua-Hernandez
24

25

26

27

28
```