✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN | DISTRICT OF | CALIFORNIA

UNITED STATES OF AMERICA,

        Plantiff,

    V.

JUAN ZARAZUA-HERNANDEZ,

        Defendant.

**APPEARANCE**

Case Number:  08CR1978-MJL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JUAN ZARAZUA-HERNANDEZ
I am replacing ELIZABETH M. BARROS on this case.

I certify that I am admitted to practice in this court. PRO HAC VICE.

| 8/13/2008 | /s/ LINDA LOPEZ |
|---|---|
| Date | Signature |

| Linda Lopez/ Federal Defenders of SD | 177301 |
|---|---|
| Print Name | Bar Number |

225 Broadway, Suite 900

Address

| San Diego, | CA | 92101 |
|---|---|---|
| City | State | Zip Code |

| (619) 234-8467 | (619) 687-2666 |
|---|---|
| Phone Number | Fax Number |

## <u>CERTIFICATE OF SERVICE</u>

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

best of her information and belief, and that a copy of the foregoing document has been served

this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: August 13, 2008

                                                           _/s/  Linda Lopez_
                                                       LINDA LOPEZ
                                                       Federal Defenders of San Diego, Inc.
                                                       225 Broadway, Suite 900
                                                       San Diego, CA 92101-5030
                                                       (619) 234-8467  (tel)
                                                       (619) 687-2666  (fax)
                                                       e-mail: Linda_Lopez@fd.org